AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Thomas Paul Conover
*Defendant*

Case No. 1:21-mj-00677
4:21-MJ-810

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas Paul Conover,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)—Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)—Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)—Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)—Parading, Demonstrating, or Picketing in a Capitol Building

Date: December 3, 2021

Digitally signed by G. Michael Harvey
Date: 2021.12.03 12:27:05 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/3/2021, and the person was arrested on *(date)* 12/8/2021
at *(city and state)* Keller, Texas.

Date: 12/8/2021

*Arresting officer's signature*

Jimmy Beachum, FBI
*Printed name and title*