IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-743 (FYP) |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| THOMAS PAUL CONOVER, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Thomas Paul Conover, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Thomas Paul Conover's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Thomas Paul Conover, lives in Keller, Texas. Prior to January 6, 2021, defendant traveled from Texas to Washington, D.C., via plane. The purpose of the defendant's trip to Washington, D.C., was to protest Congress on the day Congress was certifying the Electoral College vote.

9. Prior to January 6, on or about December 24, 2020, defendant posted a message on social media that states in sum and substance: GOING TO WASHINGTON DC WITH BLAKEY [SIC] TO JOIN THE MOB JAN 5TH CMON JOIN US.

10. On or about January 5, 2021, defendant posted another message to social media stating in sum and substance: SHIT STORM IS COMING BUT THAT'S WHAT THE DEMOCRATS WANT.

11. On January 6, defendant attended former President Trump's rally at the Ellipse before marching to the Capitol. Upon arrival, Conover entered the Capitol's restricted grounds and made his way to the East Rotunda Door. He entered the Capitol via the East Rotunda Door at approximately 2:56 PM and stayed inside until approximately 3:18 PM when he left via the same door. While inside, the defendant took selfies, recorded videos, and posed for pictures with a can of beer. During one such video, Conover stated in sum and substance: THIS IS IT, BOYS AND GIRLS. THIS IS THE CAPITOL. APPARENTLY, THERE'S SOME CRAZY SHIT GOING ON IN THE SENATE TODAY AND THE CERTIFICATION. THEY'VE HAD ENOUGH. WELL, UH, HERE WE ARE! HA HA HA HA! I PRAY TO GOD THAT NOBODY DOES ANY DAMAGE TO THE STUFF IN HERE, 'CAUSE I'M NOT DOWN WITH THAT. BUT I'M KIND OF, KIND OF PROUD OF THE PEOPLE THAT STOOD UP AND SAID YOU KNOW WHAT? ENOUGH. YOU DON'T SEE PEOPLE SPRAY PAINTING SHIT OR BURNING SHIT DOWN. IT'S REALLY KIND OF COOL. I'M GLAD I CAME.

12. After leaving the Capitol and while still on the steps, Conover recorded a selfie-style video in which he raised a can of beer and stated in sum and substance: I DON'T ALWAYS STORM THE CAPITOL OF THE UNITED STATES OF AMERICA. BUT WHEN I DO, I PREFER COORS LIGHT.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

13. Defendant admits that at the time he entered the U.S. Capitol he knew that that he did not have permission to do so. Defendant further admits that while inside the Capitol, he paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Sean P. Murphy

Sean P. Murphy
Assistant United States Attorney
D.C. Bar No. 1187821

## DEFENDANT'S ACKNOWLEDGMENT

    I, Thomas Paul Conover, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/22/21

*Paul Conover (Dec 22, 2021 14:31 CST)*

Thomas Paul Conover
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

    I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/22/21

*Camille Wagner*

Camille Wagner
Attorney for Defendant