# SMART REPAIR AUSTRALIA PTY LTD

1300 HAILCLAIM
1300 424 525

AUTO HAIL DAMAGE
REPAIR SPECIALISTS
License No: MVRL45039

6th January 2022

## TO WHOM IT MAY CONCERN

I have been asked to write a reference for Thomas Paul Conover. It is my pleasure to do so. Paul has worked for our Company since 2010 as a specialist in his field of Hail Damage repair to Automotive.

He is not only a close friend of mine, but also a very valued Contractor for my Company Smart Repair Australia Pty Ltd. We call on Paul when we have a hail catastrophe event in Australia. Paul is the first international specialist we call, and he is usually on a plane and arriving in Australia within 72 hours, which is exactly what we need.

Paul is very highly skilled and very highly regarded and an experienced operator. We have developed a great business connection with Paul.

When Paul reached out to me to tell me of the situation he has gotten himself into, it was a complete shock to me and very disappointing to see him carrying on like he did. This is extremely out of character for a man whose leadership skills I admire and to those around him.

I have spoken with Paul on numerous occasions over the last couple of years as he has struggled with the Covid situation and some personal issues which leads me to have no doubt that his mental state at the time of this stupid act to be a direct consequence of the recent lows in his life both personally and professionally.

I have spoken with Paul at length since this action and he is very contrite and embarrassed by his actions and having his time over again would not have gotten involved.

The cost to his reputation, business etc. has been huge and is a price sadly that he will be paying for a long time to come. We hope that Paul will hopefully escape the charges so he can join us again soon in Australia as we really do need him when we get a catastrophic event.

Please do not hesitate to contact me if you need any further information.

Yours sincerely

Michael Cross
CEO
Ph: 0419213249
E: mike@smartrepair.com.au

  

PO BOX 1140, Narellan NSW 2567