**From:**  Daniel Rehberg
1809 Windsong Circle
Keller, Texas 76248

January 5, 2022

**Subject:**  Character Reference Letter for Paul Conover

Your Honor:

My name is Daniel Rehberg and I am writing this letter to provide character reference for Mr. Paul Conover.  I have known Paul now for 19 years since he moved into the home next door to mine in 2003.  Since that time, we have become good friends and neighbors.  Over the course of these many years there has never been any question that Paul is a dutiful husband, father, and provider for his family and community.  In fact, Paul is quite well known and respected throughout our neighborhood due to his generous, kind, and jovial personality.  As a matter of reference for my narrative please allow me to cite at least two examples of why I admire Paul's conduct and character:

- Paul has bred at least a couple of litters of thoroughbred Labrador puppies which have endeared him to several happy families around here who are now proud owners of one of his Labs.  All the families in the neighborhood would come around to view, pet and play with the pups whenever he brought them out in a small playpen in the front yard.
- On another rather somber occasion Paul organized a neighborhood event when he personally coordinated the limo van and obtained the tickets for a group of us neighbors to all attend a concert together.  He did this to fulfill a final request in the life of his other next door neighbor - John.  John began to weaken and ultimately succumbed to Parkinson's disease, but not before we all spent some final good time together at a concert of one of his favorite bands – thanks to Paul's initiative.

Now all of this is not to say that Paul doesn't regret his involvement in the Capital demonstration, because he has told me that he does in our front yard conversations.  He regrets his momentary lapse in good judgement to have been party to it, but there was never any malice of intent.  Paul is a passionate patriot who cares deeply about the direction of this country to the point that he now stands before you.

Paul is a man that works with his hands.  He has developed a small, successful business through his own hard work. As the sole provider for his family and home if he doesn't work, the bills won't get paid.  It is my sincere hope that the court will take this letter into consideration at the time for sentencing, because I bear witness to the kind of man that Paul is – an honorable, productive member of our community and a good human being with good intent.

Respectfully submitted,

*Daniel R. Rehberg*
Daniel R. Rehberg