# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-CR-743 (FYP) |
| : | |
| THOMAS PAUL CONOVER, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America hereby requests that this Court continue the defendant's sentencing hearing until Friday, April 22, 2022. No prior continuances have been sought and the government is not making this request to unduly delay the sentencing or for any other improper purpose. The government has conferred with counsel for defendant, and she indicated that the government's request for a continuance until April 22, 2022, to hold the sentencing hearing may be filed as unopposed. The reason for the continuance is due to an unexpected scheduling conflict.

Accordingly, the government requests that the Court grant its unopposed request to continue the defendant's sentencing hearing until Friday, April 22, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov