From: Barry Gafford
9 Overcup St
Texarkana, Texas  75503


April 4, 2022


Subject: Character Reference for Paul Conover

Your Honor:

My name is Barry Gafford and I would like to provide a character reference for Mr. Paul
Conover.  We met in 2004 when I was General Manager of Crane Lincoln Mercury in Texarkana
Texas.  The dealership had experienced a hail storm that severely damaged our vehicles.  Paul
was one of the many hail technicians that wanted our business.  Many of these technicians
were wanting to do under the table money to fix the vehicles and seemed dishonest to me.
Paul came across as well qualified and honest.  All of our vehicles were repaired with excellent
workmanship.  We had no problems getting Paul to handle any complaints or questions from
our customers.  During this time Paul and I became good friends because of our hobby of
working and training Labrador retrievers.  As a result we also duck hunted together on several
occasions.  During  time in the duck blind we talked and  I got to know Paul better and learn
that he is honest, hardworking and still a kid at heart. We kept in touch over the years and in
2007 the dealership called Paul again to repair the hail damage. We did not consider any other
hail technicians because  we knew his integrity and quality of his work.

I know Paul loves to have a good time but I also know Paul works hard, is honest, patriotic and
loves his family.  I do not think Paul meant any disrespect of the law in his involvement in the
Capital demonstration.  Paul has admitted that he is remorseful and wished he had thought his
actions through.


Respectfully submitted,

Barry L Gafford