# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-743 (FYP) |
| v. : | |
| : | |
| THOMAS PAUL CONOVER, : | |
| : | |
| Defendant. : | |

## AMENDED NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibits in support of the government's sentencing memorandum (ECF No. 30). This video will be provided to the Court and all counsel via a secure filesharing platform. Due to the length of some videos, the government recommends that the Court and Counsel review them prior to the hearing so that the government may incorporate them by reference at the hearing. Should the Court or Counsel so request, however, the government will be ready to show any video in its entirety at the hearing.

This Notice has been amended to reflect the addition of GOV'T EXHIBIT 04a, a video that has been edited to focus on Conover, and contains an attachment that directs the Court's attention to what the government has identified as relevant timestamps within the exhibits.

The government has no objection to the public release of these videos.

### GOV'T EXHIBIT 01

*Type:*         Video
*File Type:*    .mp4
*Length:*       33 min 12 sec
*Source:*       USCP CCV with the addition of maps for orientation and clarity
*Description:*  The single video is a compilation of USCP CCV that gives the viewer an overview of the Capitol riot on January 6, 2021.

**GOV'T EXHIBIT 02**

*Type:*         Video
*File Type:*    .mp4
*Length:*       1 min 50 seconds
*Source:*       Conover's cellphone
*Description:*  The single video is a compilation of six videos that Conover filmed and narrated while inside the Capitol or on restricted grounds.

**GOV'T EXHIBIT 03**

*Type:*         Video
*File Type:*    .mp4
*Length:*       5 min 34 sec
*Source:*       An excerpt from a video filmed by a French news media company
*Description:*  This video shows a large group of rioters preparing to make a push against a small group of police officers who are preventing them from exiting the Rotunda through its west door. At approximately 20 seconds in, rioters can be heard waving others forward and indicating that House Speaker Nancy Pelosi's office is through that doorway. Conover can be seen beginning at 2 min 54 seconds charging forward and assisting in that push.

**GOV'T EXHIBIT 04**

*Type:*         Video
*File Type:*    .mp4
*Length:*       7 min 2 sec
*Source:*       USCP CCV
*Description:*  This is a seven-minute clip that starts after the rioters' unsuccessful attack on the police line at the west door, which Conover was a part of. Even though officers told rioters to exit and herded them in that direction, many—including Conover—stood their ground, refusing to move and instead sticking their cellphones in the officers' faces.

**GOV'T EXHIBIT 04a**

*Type:*         Video
*File Type:*    .mp4
*Length:*       9 min 52 sec
*Source:*       USCP CCV
*Description:*  This is a slightly longer version of the USCP CCV clip that was previously uploaded as GOV'T EXHIBIT 04. The main difference is that this video has been edited to include zoom and spotlight features to assist in identifying Conover's whereabouts when he is in the frame.

**GOV'T EXHIBIT 05**

*Type:*          Video
*File Type:*     .mp4
*Length:*        12 min 55 sec
*Source:*        MPD BWC
*Description:*   This is the BWC recording of an MPD officer who responded to the Rotunda to help clear the rioters. This officer approached from the south wing of the Capitol. The video begins when the officer is approaching from Statuary Hall. Conover can be seen at several points of the video refusing to move back, refusing to exit the Capitol, facing away from the direction that officers are herding the rioters, and instead recording the officers with his cellphone.

**GOV'T EXHIBIT 06**

*Type:*          Video
*File Type:*     .mp4
*Length:*        13 min 38 sec
*Source:*        MPD BWC
*Description:*   This is the BWC recording of an MPD officer who responded to the Rotunda to help clear the rioters. This officer approached from the upper west terrace. Conover can be seen at several points of the video refusing to move back, refusing to exit the Capitol, facing away from the direction that officers are herding the rioters, and instead recording the officers with his cellphone.

**GOV'T EXHIBIT 07**

*Type:*        Video
*File Type:*   .mp4
*Length:*      15 min 01 sec
*Source:*      MPD BWC
*Description:* This is the BWC recording of an MPD officer who responded to the Rotunda to help clear the rioters. At the time this video begins, this officer is at the west door of the Rotunda, attempting to keep back the group of rioters that is attempting to push through, including Conover. Conover can be seen at several points of the video refusing to move back, refusing to exit the Capitol, facing away from the direction that officers are herding the rioters, and instead recording the officers with his cellphone.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656