**Relevant Timestamps**

**GOV'T EXHIBIT 03:**

Clip Time: 02:52 (see below)
Approx. Time: 3:00 p.m.
Conover's Actions: Walking towards attempted breach point (west exit of the Rotunda), and moving forward with other rioters as a small number of police officers successfully hold them back.



Clip Time: 04:12 (see below)
Approx. Time: 3:02 p.m.
Conover's Actions: Standing at police line, getting pushed back. This moment appears to sync with the moment shown in Exhibit 04a at 24 seconds.



**GOV'T EXHIBIT 04a:**

Clip Time: 00:24
Approx. Time: 3:02:33 p.m.
Conover's Actions: Standing at police line, getting pushed back, and recording with cellphone

Clip Time: 02:42
Approx. Time: 3:04:51 p.m.
Conover's Actions: Standing against line of police officers and getting pushed back.

Clip Time: 04:15
Approx. Time: 3:09:04 p.m.
Conover's Actions: Conover reemerges from right side of screen and resists moving towards exit, despite police clearly indicating where they want rioters to go (see 7 min 01 sec). Conover appears to shove against a police officer (7 min 40 sec) and points at police officer (8 min 20 sec).

**GOV'T EXHIBIT 05:**

Clip Time: 05:30
Approx. Time: 3:05:32 p.m.
Conover's Actions: Conover standing with group of rioters as officers attempt to clear the Rotunda.



Clip Time: 05:58
Approx. Time: 3:06:01 p.m.
Conover's Actions: Instead of moving out, Conover moves to the side and films officers.



Clip Time: 06:47
Approx. Time: 3:06:50 p.m.
Conover's Actions: Conover must be pushed backwards for failure to comply with law enforcement.



Clip Time: 09:13
Approx. Time: 3:09:15 p.m.
Conover's Actions: Conover is still standing around recording with his cellphone.



Clip Time: 09:51
Approx. Time: 3:09:53 p.m.
Conover's Actions: Conover has his back up against police officer who is actively pushing rioters towards the exit.



Clip Time: 10:02
Approx. Time: 3:10:05 p.m.
Conover's Actions: Conover yells at police officers.



Clip Time: 10:23
Approx. Time: 3:10:26 p.m.
Conover's Actions: Conover says something and points back at police officers



**GOV'T EXHIBIT 06:**

Clip Time: 01:43
Approx. Time: 3:06:19 p.m.
Conover's Actions: Conover standing with group of rioters recording on his cellphone as officers attempt to clear the Rotunda.



Clip Time: 02:16
Approx. Time: 3:06:52 p.m.
Conover's Actions: Conover can be heard telling an officer: "Don't be a dick!" and "Get your hands off me!"



Clip Time: 06:36
Approx. Time: 3:11:12 p.m.
Conover's Actions: Conover's can still be seen inside the Rotunda.



**GOV'T EXHIBIT 07:**

Clip Time: 09:00
Approx. Time: 3:06:18 p.m.
Conover's Actions: Conover standing with group of rioters recording on his cellphone as officers attempt to clear the Rotunda.



Clip Time: 10:40
Approx. Time: 3:07:59 p.m.
Conover's Actions: Conover standing with group of rioters recording on his cellphone as officers attempt to clear the Rotunda.



Clip Time: 10:54
Approx. Time: 3:08:13 p.m.
Conover's Actions: Conover standing with group of rioters recording on his cellphone as officers attempt to clear the Rotunda.

