UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-743 |
| | : | |
| THOMAS PAUL CONOVER | : | |

## MOTION TO TERMINATE SUPERVISION SATISFACTORILY

Thomas Paul Conover, by and through undersigned counsel, respectfully submits his Motion to Terminate Supervision Satisfactorily for consideration by this Honorable Court. For all reasons stated herein, Mr. Conover respectfully requests that the Court terminate supervision satisfactorily.

## PROCEDURAL HISTORY

1. On December 8, 2021, Mr. Conover's arrest warrant was executed in Texas. Mr. Conover was brought before the US District Court for the Northern District of Texas and was released on his personal recognizance.

2. On December 16, 2021, Mr. Conover appeared before Magistrate Judge Zia M. Faruqui for an initial appearance and was released on his personal recognizance. Mr. Conover had been compliant with all conditions of pretrial release throughout.

3. On January 7, 2022, at the earliest opportunity to do so, Mr. Conover plead guilty before this Honorable Court to Count 4 of the Indictment: Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

4. On April 22, 2022, Mr. Conover was sentenced by this Honorable Court to a term of thirty-six (36) months of probation with special conditions of supervision as follows: (i) complete thirty (30) days at a residential re-entry center; (ii) complete sixty (60) hours of community service; (iii) pay a $2,500 fine; and (iv) pay $500 in restitution.

## ARGUMENT

5. At the sentencing, undersigned counsel expressed to the Court that Mr. Conover frequently travels outside the United States for work. The Court had agreed to return Mr. Conover's passport and allow him to travel for work if he complied with probationary conditions within the first six (6) months of his probation. Mr. Conover's passport has not been returned.[1]

6. Mr. Conover has completed all special conditions of probation and has been compliant with all standard conditions of probation. *See* Ex. 1.

7. Mr. Conover's supervision has hindered him from traveling for work, which has caused, and continues to cause, a significant financial loss to his livelihood.

8. Mr. Conover moves this Court to terminate immediately his probation satisfactorily so that he may travel for work and attain licenses needed to complete work in different states.

9. Alternatively, Mr. Conover moves this Court to convert his probation to unsupervised probation. Unsupervised probation would hinder Mr. Conover from attaining necessary licenses for work to be performed in other states but it would at least allow Mr. Conover to travel without waiting on probation's approval (Mr. Conover has lost many job opportunities due to the delay in getting approval for travel from probation).

10. AUSA Sean Murphy opposes .

---

[1] On December 22, 2022, Mr. Conover received an email from Ms. Jones (U.S. Probation Technician for Northern District of Texas) stating: "Our records indicate you surrendered your passport December 09,2021. Unfortunately, our clerk's office is no longer in possession of your passport therefore you will need to reapply for one."

## CONCLUSION

Mr. Conover recognizes the importance of paying his dues for his crime. He has been compliant with all probationary conditions and has completed all special conditions of probation. Since April 22, 2022, Mr. Conover has been an exemplary supervisee, which in turn has led to him suffering from substantial financial losses due to his inability to travel for work and attain necessary licenses for work. Mr. Conover respectfully moves this Court to grant his Motion to Terminate Probation Satisfactorily.

Date: December 7, 2023                                    Respectfully submitted,

Camille Wagner
(DC Bar No. 1659390)
1629 K Street NW, Ste 300
Washington DC 20006
(202)630-8812
law@myattorneywagner.com
*Counsel for Mr. Conover*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2023, I caused a true and correct copy of the foregoing Motion to Terminate Probation Satisfactorily to be delivered via ECF to the Parties in this matter.

/s/ Camille Wagner